ond Department. November 16, 1906.) Action by Peter E. Nolan against Anna E. Sharkey. No opinion. Judgment of the Municipal Court affirmed, with costs.

NORTHRUP, Appellant, v. FOSS, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by B. Chauncey Northrup against Alice M. Foss. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is contrary to the evidence.

In re O'BRIEN'S ESTATE. (Supreme Court, Appellate Division, First Department. November 23, 1906.) In the matter of Freelove E. O'Brien, deceased. No opinion. Decree affirmed, with costs. Order filed.

OLDMIXON, Respondent, v. SEXAUER, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by John C. Oldmixon against Ernest Sexauer. H. Kuntz, for appellant. H. Hoelljes, for respondent. No opinion. Order affirmed, with costs. Order filed.

O'ROURKE v. BOARD OF EDUCATION (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1906.) Actions by Belinda J. O'Rourke against the board of education. No opinion. Orders affirmed, with $10 costs and disbursements.

O'ROURKE v. BOARD OF EDUCATION (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Actions by Belinda J. O'Rourke against the board of education. No opinion. Motions denied, with $10 costs. Order filed.

O'SHEA, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Daniel O'Shea against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with costs, on the authority of Buffalo Structural Steel Co. v. Dickinson, 98 App. Div. 355, 90 N. Y. Supp. 268.

O'SHEA v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Daniel O'Shea against the Lehigh Valley Railroad Company. No opinion. Motion denied.

O'SULLIVAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Michael O'Sullivan against the Brooklyn Heights Railroad Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
JENKS and GAYNOR, JJ., dissent.

OTERO, Appellant, v. CLYDE S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Joseph Otero against the Clyde Steamship Company. M. Greenberg, for appellant. F. E. Fishel, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PABST, Appellant, v. STEVENSON, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Edward E. Pabst against James W. Stevenson, commissioner. J. H. Dougherty, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PARKS, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by Charles Parks against William Allen.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held, that the evidence wholly fails to establish actionable negligence against the defendant.
KRUSE, J., dissents.

PARSONS, Respondent, v. ELLIOTT et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Frederick W. Parsons against Samuel Mason Elliott and Isla Van Vorce, doing business under the firm name and style of S. H. Elliott & Co. No opinion. Judgment and order affirmed, with costs.

PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Amelia C. Parsons against Archelaus H. Parsons. No opinion. Motion granted conditionally; orders to be settled by and before Mr. Justice WILLIAMS on two days' notice.

PAUL, Respondent, v. BARTHOLOMAY BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Charles Paul against the Bartholomay Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

PAUL, Respondent, v. ST. LAWRENCE LIFE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Carrie O. Paul, by Amelia Clendenan, her guardian ad litem, against the St. Lawrence Life Association. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff has failed to file the proofs of claim, as provided by section 17 of the policy of insurance issued by the defendant to the plaintiff.

In re PEER et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) In the matter of the application of Lucretia S. Peer and another, as trustees, etc., of William H. Peer, late of the county of Kings, deceased, for the payment of award, etc. No opinion. Motion granted.